SAUL NEWMARK, Respondent, v. DAVID A. HARRIS, Appellant, et al., Defendants.— As we have reversed and granted the motion separately to state and number, defendant Harris' motion for extension of his time to answer until ten days after determination of this appeal is denied as a new complaint will be filed to which defendant will have the usual opportunity to answer. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., Petitioners, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the proceeding dismissed. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

SECOND DEPARTMENT, NOVEMBER, 1954.

(November 1, 1954.)

■

In the MATTER OF THE APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND AND TENTH JUDICIAL DISTRICTS.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice and section 90 of the Judiciary Law, Guy O. Walser, Esq., a practicing lawyer of Bay Shore, Suffolk County, New York, is hereby appointed a member of the Committee on Character and Fitness of applicants for admission to the Bar in and for the Second and Tenth Judicial Districts, in place of Robert P. Griffing, Esq., resigned; such appointment to take effect November 1, 1954. Present — Nolan, P. J., Adel, Wenzel, MacCrate, Schmidt, Beldock and Murphy, JJ.

■

IRENE C. ALLEN, Respondent, v. VILLAGE OF NORTH HILLS, Appellant.— In an action for a declaratory judgment and other relief, defendant appeals from an order denying its motion to dismiss the amended complaint for insufficiency under rule 106 of the Rules of Civil Practice, or in the alternative to strike out certain portions of said complaint as irrelevant and unnecessary. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.